UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| RICK WEST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 3:09-CV-370 |
| ) | (VARLAN/SHIRLEY) |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

For the reasons stated in the Memorandum Opinion filed contemporaneously with this Order, the Report and Recommendation [Doc. 18] entered by Magistrate Judge C. Clifford Shirley is **ACCEPTED IN WHOLE**; Plaintiff's Motion for Summary Judgment [Doc. 9] is **DENIED**; Defendant Commissioner's Motion for Summary Judgment [Doc. 16] is **GRANTED**; and the decision of the defendant Commissioner in this case denying plaintiff's application for supplemental security income benefits is **AFFIRMED**. This case is **DISMISSED**.

IT IS SO ORDERED.

                                                   s/ Thomas A. Varlan
                                                   UNITED STATES DISTRICT JUDGE